

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Jack Lee Bishop, individually and
as trustee of the Jack Lee Bishop Trust,

\* From the 266th District Court
    of Erath County,
    Trial Court No. CV32823.

Vs. No. 11-19-00051-CV

\* November 27, 2019

Joel Bishop, individually and as
trustee of the Jay D. Bishop Trust
and as independent executor of the
Estate of Jay D. Bishop, deceased, et al.

\* Per Curiam Memorandum Opinion
    (Panel consists of: Bailey, C.J.,
    Stretcher, J., and Wright, sitting by
    assignment)
    (Willson, J., not participating)

This court has considered Jack Lee Bishop's motion to remand and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, we grant the motion to remand, remand the cause for further proceedings in accordance with the parties' settlement agreement, and dismiss this appeal. The costs incurred by reason of this appeal are taxed against the party incurring same.